H. E. BRANDT and RUTH E. BRANDT, his wife, and BRANDT CORPORATION, a corporation organized and existing under the laws of Florida, v. CHARLES SHANE.

29 So. (2nd) 23          January Term, 1947
February 7, 1947          Special Division A
Rehearing Denied February 28, 1947

*Owen W. Pittman,* for petitioners.
*Vincent C. Giblin,* for respondent.

PER CURIAM:

The record and the briefs have been examined and the petition for certiorari is denied.

It is so ordered.

THOMAS, C. J., TERRELL and CHAPMAN, JJ., and FABISINSKI, Associate Justice, concur.